UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 1, 2010**

Mr. Stephen E. Fisher
Jack & Holly Martin & Associates
2706 American Drive
Springdale, AR 72764

    Re:    *Hall v. St. John Missionary Baptist Church*, 4:08-CV-00645-WRW

Dear Mr. Fisher:

In response to Defendant's Motion for Summary Judgment, you claim that

> Plaintiff's initial complaint to the EEOC was in early September and the administrative employee of the EEOC didn't prepare the official charge for Plaintiff's signature until on or about October 2, 2007.[1]

Can you document this? If not, you're probably out of luck.

Please respond by noon, Friday, February 12, 2010.

                              Cordially,

                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 32.