IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SONYA HALL                                                                                   PLAINTIFF

v.                                        4:08CV00645-WRW

ST. JOHN MISSIONARY BAPTIST CHURCH                                     DEFENDANT

## ORDER

**A.     Plaintiff's Religious Discrimination Claim**

In March, 1999, Defendant, a Baptist Church, hired Plaintiff as an executive assistant to the pastor.[1] Defendant terminated Plaintiff's employment on March 19, 2007. Plaintiff alleges Defendant terminated her employment in violation of Title VII[2] of the Civil Rights Act based on Plaintiff's sex and religious practices.[3] Plaintiff's Complaint reads, in part: "[o]n or about March 19, 2007 the Plaintiff was discharged from her position for her religious practices."

Considering everything in Plaintiff's Complaint as true, under 42 U.S.C. § 2000e-1(a) Plaintiff cannot succeed on a claim against Defendant St. John Missionary Baptist Church on her claim that she was "discharged from her position for her religious practices."[4] Accordingly, Plaintiff's religious discrimination claim is DISMISSED. Plaintiff's sex discrimination claim is the only remaining cause of action.

---

[1] Doc. No. 23, Exhibit 1.

[2] 42 U.S.C. § 2000e, *et seq*.

[3] *Id*. Plaintiff's other claims were dismissed in a February 23, 2010, Order. Doc. No. 45.

[4] Doc. No. 1.

1

**B.     Defendant's Motion in Limine**

Pending is Defendant's Motion in Limine (Doc. No. 49). Defendant asks the Court to exclude from trial "any reference to or any fact from the record concerning" Plaintiff's claims that were already dismissed.[5] Defendant's Motion is GRANTED. Plaintiff is directed not to reference her claim of intentional infliction of emotional distress, her claim that Defendant violated her First Amendment rights, her claim in connection with her demotion, and her retaliation claim.

IT IS SO ORDERED this 15th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[5]Doc. No. 49.