IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SONYA HALL                                                                                          PLAINTIFF

v.                                              4:08CV00645-WRW

ST. JOHN MISSIONARY BAPTIST CHURCH                                        DEFENDANT

**ORDER**

Pending is Defendant's Motion in Limine (Doc. No. 51). Defendant asks the Court to exclude from trial "any reference to or any fact from the record concerning" Plaintiff's religious discrimination claim that was dismissed on March 15, 2010.[1] Defendant's Motion is GRANTED. Plaintiff is directed not to reference her religious discrimination claim.

IT IS SO ORDERED this 16th day of March, 2010.

>                                                                                   /s/Wm. R. Wilson, Jr.
>                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 51.