IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SONYA HALL                                                                                          PLAINTIFF

vs                                          4:08CV00645-WRW

ST. JOHN MISSIONARY BAPTIST CHURCH                                      DEFENDANT

JUDGMENT ON JURY VERDICT

This action came on for jury trial Tuesday, March 16, 2010, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

The issues having been duly tried, the jury rendered its verdict on Wednesday, March 17, 2010 . Now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Sonya Hall, take nothing on her Complaint and that Judgment be entered in favor of the defendant, St. John Missionary Baptist Church, and the Complaint is hereby DISMISSED.

IT IS SO ORDERED this 18th day of March, 2010.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

jdgjryv5deft.wpd